811

*Harold B. Finn* and *Robert E. Kline, Jr.* for respondent.

No. 48. Shomberg *v.* United States. C. A. 2d Cir. Certiorari granted. *Alan Y. Cole* and *Max Schultz* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 104. United States *v.* Menasche. C. A. 1st Cir. Certiorari granted. *Solicitor General Sobeloff* for the United States.

No. 50. Bisso, Receiver, *v.* Inland Waterways Corp. C. A. 5th Cir. Certiorari granted. *Eberhard P. Deutsch* and *René H. Himel, Jr.* for petitioner. *Solicitor General Sobeloff* for respondent.

No. 70. Boston Metals Co. *v.* The Winding Gulf et al. C. A. 4th Cir. Certiorari granted. *John H. Skeen, Jr.* for petitioner. *Charles S. Bolster* and *Seymour P. Edgerton* for respondents.

No. 210. United States *v.* Nielson et al., trading as Dauntless Towing Line. C. A. 2d Cir. Certiorari granted. *Solicitor General Sobeloff* for the United States. *Anthony V. Lynch, Jr.* for respondents.

No. 69. Gonzales *v.* United States. C. A. 6th Cir. Certiorari granted. *Hayden C. Covington* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Robert S. Erdahl* and *J. F. Bishop* for the United States.